# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,
                Plaintiff,

v.

                                                Criminal No. 23-358 (JMB/TNL)

DERRICK JOHN THOMPSON

                Defendant,

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum        ( ) Ad Testificandum

Name of Detainee:  DERRICK JOHN THOMPSON
Detained at (custodian):  Hennepin County Jail

The government is requesting the investigative agency to transport detainee.

Detainee is:  a.)    (X) charged in this district by: Indictment
                         Charging Detainee With: Possession with Intent to Distribute a Controlled Substance
or        b.)    ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:  a.)    ( ) return to the custody of detaining facility upon termination of this proceeding
or        b.)    (X) be retained in federal custody until final disposition of federal charges.

Appearance is necessary on December 18, 2023 at 1:30 p.m. in the courtroom of The Honorable Douglas L. Micko.

Dated: December 15, 2023                              *s/ Thomas Calhoun-Lopez*
                                                                   Thomas Calhoun-Lopez, AUSA

## WRIT OF HABEAS CORPUS

    (X) Ad Prosequendum            ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this case, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

December 15, 2023                                      *s/ John F. Docherty*
Date                                                          THE HONORABLE JOHN F. DOCHERTY
                                                                   UNITED STATES MAGISTRATE JUDGE

Please provide the following, if known:

| | |
|---|---|
| A.K.A.(s) (if applicable): | Gender: |
| Booking or Fed. Reg.#: | DOB: |
| Facility Address: | Race: |
| | FBI #: |
| Facility Phone: | |
| Currently Incarcerated For: | |

## RETURN OF SERVICE

Executed on _____ by _____ _____
                                                                                                       (Signature)

Writ Issued: 12/15/2023