UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 23-358 (JMB/TNL)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) **GOVERNMENT'S** |
| | ) **MOTION IN LIMINE NO. 6 TO** |
| v. | ) **ADMIT FACTS FROM** |
| | ) **CALIFORNIA CONVICTION** |
| DERRICK JOHN THOMPSON, | ) **UNDER RULE 404(b)** |
| | ) |
| Defendant. | ) |

The United States of America by and through its attorneys, Andrew M. Luger, United States Attorney for the District of Minnesota, and Assistant United States Attorneys Ruth S. Shnider and Thomas Calhoun-Lopez, hereby moves the Court to admit the factual basis of the defendant's 2020 guilty plea in California Superior Court for Evading an Officer Causing Injury; Leaving the Scene of an Accident Causing Permanent Injury; and Conspiracy to Possess Marijuana for Sale.  For the reasons stated in the Government's Trial Brief, these facts should be admitted under Fed. R. Ev. 404(b) on the issues of knowledge, intent, motive, and identity.

Dated: September 16, 2024          Respectfully Submitted,

                                                      ANDREW M. LUGER
                                                    United States Attorney

                                                    s/ *Ruth Shnider*

BY:  RUTH S. SHNIDER
THOMAS CALHOUN-LOPEZ
Assistant U.S. Attorneys