# United States District Court
## STATE AND DISTRICT OF MINNESOTA

| UNITED STATES OF AMERICA<br>v.<br>DERRICK JOHN THOMPSON | | | | | GOVERNMENT'S EXHIBIT LIST<br>Criminal No. 23-358 (JMB/TNL)<br>(Amended) | |
|---|---|---|---|---|---|---|
| PRESIDING JUDGE<br>The Honorable<br>Jeffrey M. Bryan | | | PLAINTIFF'S ATTORNEY<br>Ruth Shnider, AUSA<br>Tom Calhoun-Lopez, AUSA | | DEFENDANT'S ATTORNEY<br>Aaron Morrison, AFD<br>Matthew Deates, AFD | |
| TRIAL DATE(S)<br>October 7, 2024 | | | COURT REPORTER | | COURTROOM DEPUTY | |
| PL. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT | |
| | | | | | **Stipulation** | |
| 1 | | | | | Stipulation | |
| | | | | | **Physical Evidence** | |
| 2 | | | | | Black leather bag recovered from Escalade | |
| 3 | | | | | Glock model 27 .40 caliber semiautomatic pistol (serial # BWKA073) recovered from black bag | |
| 4 | | | | | Extended magazine from firearm | |
| 5 | | | | | Thirteen rounds of ammunition from firearm magazine | |
| 6 | | | | | One round from chamber of firearm | |
| 7 | | | | | iPhone 14 with green case recovered from front passenger floor of Escalade | |
| 8 | | | | | Blue iPhone XR recovered from center console of Escalade | |
| 9 | | | | | Black/purple Motorola cell phone recovered from front passenger floor of Escalade | |
| 10 | | | | | Digital scale recovered from Escalade | |
| 11 | | | | | Dodge keys recovered from Escalade | |
| 12 | | | | | Blue hat recovered from Escalade | |
| 13 | | | | | Red baggie containing suspected marijuana recovered from Escalade | |
| 14 | | | | | Fentanyl powder recovered from black bag | |
| 15 | | | | | Blue fentanyl pills recovered from black bag | |
| 16 | | | | | Miscellaneous multi-colored pills recovered from black bag | |
| 17 | | | | | Cocaine recovered from black bag | |

| PL. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|
| 18 | | | | | Miscellaneous multi-colored pills recovered from black bag |
| 19 | | | | | Packaging from fentanyl powder |
| 20 | | | | | Packaging from fentanyl pills |
| 21 | | | | | Packaging from misc. pills |
| 22 | | | | | Packaging from cocaine |
| 23 | | | | | Packaging from misc. pills |
| 24 | | | | | Defendant's gold necklace with pendant |
| 25 | | | | | |
| 26 | | | | | |
| 27 | | | | | |
| | | | | | **Photos / Images** |
| 28 | | | | | Photos of State Patrol squad vehicle |
| 29 | | | | | Aerial maps of I-35W from 46th Street to Lake Street |
| 30 | | | | | Aerial diagram of crash scene (Lake Street and Second Avenue) |
| 31 | | | | | 6/16/23 Scene photos of Cadillac Escalade (MN JPR-235) |
| 32 | | | | | 6/16/23 Still images of Defendant at scene |
| 33 | | | | | 6/16/23 Stills from cell phone filmed by witness M.M |
| 34 A-C | | | | | 6/17/23 Photos from search of Cadillac Escalade (MN JPR-235)<br>    A. Vehicle photos at forensic garage<br>    B. Photos of black bag, firearm, controlled substances<br>    C. Photos of scale, two phones, Dodge keys, blue hat |
| 35 | | | | | Photos of MPD swab envelopes from Escalade interior, firearm, two phones |
| 36 | | | | | Photos of Escalade airbags |
| 37 | | | | | Photos of Defendant's known DNA sample |
| 38 | | | | | Photos of Damarco Thompson's known DNA sample |
| 39 | | | | | Photos of crash victims' known DNA samples |
| 40 | | | | | Photos of BCA DNA swab envelopes |
| 41 | | | | | Aerial diagram of crash scene + witness location |
| 42 | | | | | |
| 43 | | | | | |

| PL. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|
| | | | | | **Documentary Records** |
| 44 | | | | | Defendant HCMC Discharge Summary |
| 45 | | | | | Hertz Rental Records |
| 46 | | | | | Demonstrative/Summary Chart:  DNA Testing Results |
| 47 | | | | | Derrick Thompson Fingerprint Card – 8/9/2017 |
| 48 | | | | | Derrick Thompson Fingerprint Card - 6/19/2023 |
| 49 | | | | | Certified Copy of Factual Basis for Guilty Plea (Cal. Sup. Ct. Case No. 18CR08676) |
| 50 | | | | | Witness K.W. Grand Jury Transcript |
| 51 | | | | | |
| 52 | | | | | |
| | | | | | **Recordings** |
| 53 A-D | | | | | 6/16/23 MN Dep't of Transportation traffic camera footage – I-35W (10:10pm – 10:11pm) – with indicators for Escalade & Trooper<br>   A. 42nd Street view<br>   B. 38th Street view<br>   C. 35th Street view<br>   D. 33rd Steet view |
| 54 | | | | | 6/16/23 Trooper Guerra Squad Cam Clip (10:09pm – 10:12pm) |
| 55 | | | | | 6/16/23 Trooper Guerra BWC Clip (10:11pm – 10:12pm)<br>  - *With transcript for in-court* |
| 56 | | | | | 6/16/23 Minneapolis PD Officer Bady BWC Clip (10:20pm–10:21pm)<br>  - *With transcript for in-court* |
| 57 | | | | | 6/16/23 Minneapolis PD Officer Damon BWC Clip (10:22pm–10:23pm)<br>  - *With transcript for in-court* |
| 58 | | | | | 6/16/23 Minneapolis-St. Paul Airport Surveillance Video – Dodge Challenger Entry |
| 59 A-D | | | | | 6/16/23 Hertz Surveillance Video (original & corrected time-stamps)<br>   A. Entry<br>   B. Customer Service Booth<br>   C. Vehicle Selection<br>   D. Exit Lane |
| 60 | | | | | 6/16/23 Sabri Properties Video of Crash (regular version) |
| 61 | | | | | 6/16/23 Sabri Properties Video of Crash (enhanced version) |
| 62 | | | | | 6/16/23 Cell phone video filmed by witness M.M. |

| PL. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|
| 63 | | | | | 6/16/23 Sabri Properties video of Taco Bell parking lot |
| 64 | | | | | |
| 65 | | | | | |
| | | | | | **Cell Phone Evidence** |
| 66 | | | | | Selections of Attribution Evidence from Defendant's iPhone 14 (651-382-5066) |
| 67 | | | | | Text messages between Defendant and 612-428-8375 |
| 68 | | | | | Text messages between Defendant and 651-332-0671 |
| 69 | | | | | Text messages between Defendant and "B" |
| 70 A-B | | | | | Text messages between Defendant and "Bookie"<br>A. Messages<br>B. Embedded Video |
| 71 | | | | | Text messages between Defendant and "Cortez Jenkins" |
| 72 | | | | | Text messages between Defendant and Damarco Thompson's Motorola Cell Phone (651-335-4969) |
| 73 | | | | | Text messages between Defendant and "Indigo" |
| 74 A-B | | | | | Text messages between Defendant and "Jason"<br>A. Messages<br>B. Embedded Video |
| 75 | | | | | Text messages between Defendant and "La" |
| 76 | | | | | Text messages between Defendant and "Little" |
| 77 | | | | | Text messages between Defendant and "Sd" |
| 78 | | | | | Text messages between Defendant and "Sd" |
| 79 | | | | | Text messages between Defendant and "Sky" |
| 80 | | | | | Text messages between Defendant and "Tati & Chuck" |
| 81 A-E | | | | | Text messages between Defendant and "Santana"<br>A. Messages<br>B. Embedded Audio – Santana<br>C. Embedded Audio – Santana<br>D. Embedded Audio – Santana<br>E. Embedded Audio – Defendant |
| 82 | | | | | Text messages between Defendant and 480-653-4365 |
| 83 | | | | | Emailed Flight Receipt – Derrick Thompson – Minneapolis to Phoenix (June 10, 2023) |
| 84 | | | | | Emailed Flight Receipt – Derrick Thompson – Phoenix to Minneapolis |

| PL. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|
| | | | | | (June 13, 2023) |
| 85 | | | | | CashApp Transfers from Defendant's Phone to "Smook" |
| 86 A-F | | | | | Selections from Shared iPhone XR (612-493-9760)<br>  A. Selections of texts sent by Damarco Thompson<br>  B. Text message from "2much" to "G"<br>  C. Text messages between "2much" and 623-301-1867 ("Smook")<br>  D. Text messages with "Unk Gg Dale"<br>  E. Text messages with 952-245-5249<br>  F. Text messages with "Eddie Blackass" |
| 87 A-D | | | | | Selections from Damarco Thompson's Motorola Cell Phone (651-335-4969)<br>  A. Selected Attribution Evidence<br>  B. Texts with "Bj New Number"<br>  C. Texts with 612-638-7594<br>  D. Texts with 612-213-8810 |
| 88 | | | | | |
| 89 | | | | | |
| 90 | | | | | |
| | | | | | **Miscellaneous** |
| 91 | | | | | Certified Conviction Documents: Santa Barbara County, California, Case No. 18CR08676 (Evading an Officer Causing Injury; Leaving the Scene of an Accident Causing Permanent Injury; and Conspiracy to Possess Marijuana for Sale) |
| 92 | | | | | Certified Conviction Documents: Ramsey County, Minnesota, Case No. 62-CR-15-4853 (5th Degree Drug Possession) |
| 93 | | | | | BCA Fingerprint Comparison Packet: Defendant's 5th Degree Drug Felony fingerprint card + Fingerprints from 6/19/23 booking |
| 94 | | | | | |
| 95 | | | | | |
| 96 | | | | | |
| 97 | | | | | |
| 98 | | | | | |
| 99 | | | | | ***The Government reserves the right to amend this list as evidence develops in preparation for trial, at trial, on cross-examination, and in any rebuttal case*** |