# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CRIMINAL JURY TRIAL

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DERRICK JOHN THOMPSON (1),

    Defendant.

**COURT MINUTES**
Case Number: 23-cr-00358(1)-TMB/TNL

| | |
|---|---|
| Date: | October 8, 2024 |
| Court Reporter: | Nancy Meyer |
| Courthouse: | St. Paul |
| Courtroom: | 3A |
| Time Commenced: | 9:23 AM / 11:57 AM |
| Time Concluded: | 1:19 PM / 4:38 PM |
| Sealed Hearing Time: | 0 |
| Time in Court: | 5 Hours & 53 Minutes |

Trial before Jeffrey M. Bryan, United States District Judge, at St. Paul, Minnesota.

**APPEARANCES:**

    Plaintiff:    Ruth Shnider, Thomas Calhoun-Lopez, Assistant U.S. Attorneys
    Defendant:    Aaron J. Morrison, Matthew Deates, Office of the Federal Defender

**PROCEEDINGS:**

- x **Jury Trial Continues**
- x Case Mgt Conference
- x **Opening Statements**
- x **Government Witness testimony from: Trooper Andres Guerra, Officer Lemandre Wright, Officer Kelly Damon, Dorinda Pacheco, Mohamed Mohamed, Forensic Scientist Shay Sward, Sargent Kristofer Geiger, Officer Jory Perry, Kanitra Walker, Nurse Amber Raymond, and Forensic Scientist Joseph Levack**

**IT IS ORDERED:**

- x Defendant remanded to the custody of the U.S. Marshal.
- x Trial continued to 10/9/2024 at 9:00 A.M. before Judge Jeffrey M. Bryan.

 

                                                                             s/Lindsey Arzt
                                                                 Signature of Courtroom Deputy