UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 23-CR-00358(1) (JMB/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Derrick John Thompson, | |
| Defendant. | |

Nathan Hoye Nelson, Ruth Shnider, and Thomas Calhoun-Lopez, United States Attorney's Office, Minneapolis, MN, for Plaintiff United States of America.

Aaron J. Morrison and Matthew Deates, Office of the Federal Defender, Minneapolis, MN, for Defendant Derrick John Thompson.

This matter is before the Court on United States' Motion for Preliminary Order of Forfeiture. (Doc. No. 91.) Based on that motion, (*id.*); on the Jury's verdict finding Defendant Derrick John Thompson guilty on Counts 1, 2, and 3 of the Indictment, (Doc. No. 84); on the Court having found that, based on the Jury's guilty verdict and all of the files, records, and proceedings herein, certain property is subject to forfeiture pursuant to 21 U.S.C. § 853(a) and 18 U.S.C. § 924(d)(1) in conjunction with 28 U.S.C. § 2461(c), IT IS HEREBY ORDERED THAT:

1. The United States' Motion for a Preliminary Order of Forfeiture (Doc. No. 91) is GRANTED;

2. The Glock model 27, .40 caliber semiautomatic pistol bearing serial number BWKA073 and the extended magazine and .40 caliber ammunition seized therewith

(the Property) are forfeited to the United States pursuant to 21 U.S.C. § 853(a) and 18 U.S.C. § 924(d)(1) in conjunction with 28 U.S.C. § 2461(c);

3. The Attorney General or his authorized designee may seize and maintain custody and control of the Property pending the entry of a Final Order of Forfeiture;

4. The United States shall, pursuant to 21 U.S.C. § 853(n)(1), as incorporated by 28 U.S.C. § 2461(c), publish and give notice of this Order and its intent to dispose of the Property in such manner as the Attorney General may direct;

5. Pursuant to Federal Rules of Criminal Procedure 32.2(b)(4)(A) and (B), this Preliminary Order of Forfeiture shall become final as to Thompson at the time of his sentencing, and shall be made a part of the sentence and included in the criminal judgment;

6. Following the Court's disposition of all petitions filed pursuant to 21 U.S.C. § 853(n)(2) or, if no petitions are filed, following the expiration of the time period specified within which to file such petitions, the United States shall have clear title to the Property and may warrant good title to any subsequent purchaser or transferee; and

7. This Court shall retain jurisdiction to enforce this Order and to amend it as necessary pursuant to Federal Rule of Criminal Procedure 32.2(e).

Dated: October 29, 2024

/s/ Jeffrey M. Bryan
Judge Jeffrey M. Bryan
United States District Court