UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
No. 23-cr-358 (JMB/TNL)

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br> )<br>           Plaintiff, )<br> )<br>v. )<br> )<br>DERRICK JOHN THOMPSON, )<br> )<br>           Defendant. ) | **DERRICK THOMPSON'S RESPONSE IN OPPOSITION TO HOLDING SENTENCING IN ABEYANCE PENDING TRIAL OF RELATED STATE CASE** |

Derrick Thompson, by and through his attorneys, hereby submits the following response in opposition to the Government's Motion to postpone his sentencing until the resolution of his State of Minnesota case. ECF No. 123.

Mr. Thompson was charged in the State of Minnesota case on June 22, 2023. 27-CR-23-12910. He was indicted in this case on December 5, 2023. ECF No. 8. The State case is currently on interlocutory appeal. While a jury trial date is set for May 27, 2025, there is no guarantee Mr. Thompson's case will go to trial on that date. And while the Government may believe the issue of whether Mr. Thompson was driving is essential for this Court's consideration in determining an appropriate sentence, the outcome of the State case either way does not bind this Court. There is no evidentiary sentencing reason to delay Mr. Thompson's sentencing.

Mr. Thompson wants finality in relation to his federal case. He objects to a delay of his sentencing. He asks the Court to set a sentencing date and a corresponding due date for position pleadings.

1

Dated: February 14, 2025.                    Respectfully submitted,

                                                                   *s/ Aaron J. Morrison*

                                                                   AARON J. MORRISON
                                                                   Attorney ID No. 341241
                                                                   MATTHEW DEATES
                                                                   Attorney ID No. 400318
                                                                   Attorneys for Derrick Thompson
                                                                   107 U.S. Courthouse
                                                                   300 South Fourth Street
                                                                   Minneapolis, MN 55415