UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ) <br> DERRICK JOHN THOMPSON, ) <br> ) <br> Defendant. ) | Criminal No. 23-358 (JMB/JFD) <br><br> **NOTICE OF WITHDRAWAL OF CO-COUNSEL** |

Please remove - AFD – from this case:

Criminal No.

23-358 (JMB/JFD)

Defendant name

Derrick John Thompson

Remove AFD

Aaron Morrison

Dated:   July 2, 2025

Respectfully submitted,

*s/Aaron Morrison*

_____

AARON MORRISON
Attorney ID No. 0341241
Attorney for Defendant
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415