Filed in District Court
State of Minnesota
07/24/2025

| | |
|---|---|
| State of Minnesota | **District Court** |
| Hennepin County | Fourth Judicial District |
| Hennepin Criminal Downtown | Court File Number: 27-CR-23-12910 |
| | Case Type: Criminal |

State of Minnesota,
Plaintiff

vs.

DERRICK JOHN THOMPSON,
Defendant
Date of Birth: November 14, 1995
Gender: Male

Sentencing Date: July 24, 2025

# Order
# Warrant of Commitment

## CASE CHARGES

| Count | Statute | Description | Disposition |
|---|---|---|---|
| 1 | 609.195(a) | Murder - 3rd Degree - Perpetrating Eminently Dangerous Act and Evincing Depraved Mind<br>Penalty Statute: 609.195(a) - Murder - 3rd Degree - Perpetrating Eminently Dangerous Act and Evincing Depraved Mind | Convicted |
| 2 | 609.2112.1(a)(1) | Criminal Vehicular Homicide - Operate Motor Vehicle in Grossly Negligent Manner<br>Penalty Statute: 609.2112.1(a) - Criminal Vehicular Homicide - Penalty | Convicted |
| 3 | 609.2112.1(a)(7) | Criminal Vehicular Homicide - Driver Who Causes Collision Leaves Scene<br>Penalty Statute: 609.2112.1(a) - Criminal Vehicular Homicide - Penalty | Convicted |
| 4 | 609.195(a) | Murder - 3rd Degree - Perpetrating Eminently Dangerous Act and Evincing Depraved Mind<br>Penalty Statute: 609.195(a) - Murder - 3rd Degree - Perpetrating Eminently Dangerous Act and Evincing Depraved Mind | Convicted |
| 5 | 609.2112.1(a)(1) | Criminal Vehicular Homicide - Operate Motor Vehicle in Grossly Negligent Manner<br>Penalty Statute: 609.2112.1(a) - Criminal Vehicular Homicide - Penalty | Convicted |

| Count | Statute | Description | Disposition |
|---|---|---|---|
| 6 | 609.2112.1(a)(7) | Criminal Vehicular Homicide - Driver Who Causes Collision Leaves Scene<br>Penalty Statute: 609.2112.1(a) - Criminal Vehicular Homicide - Penalty | Convicted |
| 7 | 609.195(a) | Murder - 3rd Degree - Perpetrating Eminently Dangerous Act and Evincing Depraved Mind<br>Penalty Statute: 609.195(a) - Murder - 3rd Degree - Perpetrating Eminently Dangerous Act and Evincing Depraved Mind | Convicted |
| 8 | 609.2112.1(a)(1) | Criminal Vehicular Homicide - Operate Motor Vehicle in Grossly Negligent Manner<br>Penalty Statute: 609.2112.1(a) - Criminal Vehicular Homicide - Penalty | Convicted |
| 9 | 609.2112.1(a)(7) | Criminal Vehicular Homicide - Driver Who Causes Collision Leaves Scene<br>Penalty Statute: 609.2112.1(a) - Criminal Vehicular Homicide - Penalty | Convicted |
| 10 | 609.195(a) | Murder - 3rd Degree - Perpetrating Eminently Dangerous Act and Evincing Depraved Mind<br>Penalty Statute: 609.195(a) - Murder - 3rd Degree - Perpetrating Eminently Dangerous Act and Evincing Depraved Mind | Convicted |
| 11 | 609.2112.1(a)(1) | Criminal Vehicular Homicide - Operate Motor Vehicle in Grossly Negligent Manner<br>Penalty Statute: 609.2112.1(a) - Criminal Vehicular Homicide - Penalty | Convicted |
| 12 | 609.2112.1(a)(7) | Criminal Vehicular Homicide - Driver Who Causes Collision Leaves Scene<br>Penalty Statute: 609.2112.1(a) - Criminal Vehicular Homicide - Penalty | Convicted |
| 13 | 609.195(a) | Murder - 3rd Degree - Perpetrating Eminently Dangerous Act and Evincing Depraved Mind<br>Penalty Statute: 609.195(a) - Murder - 3rd Degree - Perpetrating Eminently Dangerous Act and Evincing Depraved Mind | Convicted |
| 14 | 609.2112.1(a)(1) | Criminal Vehicular Homicide - Operate Motor Vehicle in Grossly Negligent Manner<br>Penalty Statute: 609.2112.1(a) - Criminal Vehicular Homicide - Penalty | Convicted |
| 15 | 609.2112.1(a)(7) | Criminal Vehicular Homicide - Driver Who Causes Collision Leaves Scene<br>Penalty Statute: 609.2112.1(a) - Criminal Vehicular Homicide - Penalty | Convicted |

## TERMS OF DISPOSITION OR SENTENCE: COUNT 1

Offense Description:    Murder - 3rd Degree - Perpetrating Eminently Dangerous Act and Evincing Depraved Mind
Offense Date:          June 16, 2023
Level of Sentence:     Felony

## SENTENCE DETAILS: COUNT 1

**Commit to Commissioner of Corrections**
Ordered on July 24, 2025:
   - Report on July 24, 2025 at 10:00 AM.
     Commit to Commissioner of Corrections at the MN Correctional Facility - St. Cloud for 192 months.
     Credit for time served amount is 767 days.

     *This sentence consists of a minimum term of imprisonment equal to two-thirds of the total executed sentence, and a maximum supervised release term equal to one-third of the total executed sentence, unless the sentence is life or life without the possibility of release.*

     Time to Serve: 192 months

**Conditions**
Ordered on July 24, 2025:
Defendant must comply with the following conditions:
   - Give a DNA sample when directed.
   - Do not ship/transport/possess or receive firearm or ammo

## FINES / FEES: COUNT 1

| Fines/Fees | Amount | Adjustment | Amount Due | Due Date |
|---|---|---|---|---|
| Criminal/Traffic Surcharge | $ 75.00 | $ 75.00 (Waived) | $ 0.00 | |
| Law Library Fees | $ 3.00 | $ 3.00 (Waived) | $ 0.00 | |
| **Subtotal** | **$ 78.00** | **$ 78.00** | **$ 0.00** | |

*This Fee information only relates to Count 1. Any Due Date may be affected by a payment plan.*

## TERMS OF DISPOSITION OR SENTENCE: COUNT 2

Offense Description:    Criminal Vehicular Homicide - Operate Motor Vehicle in Grossly Negligent Manner
Offense Date:          June 16, 2023
Level of Offense:      Felony

No sentence pronounced.

Court File Number: 27-CR-23-12910

## TERMS OF DISPOSITION OR SENTENCE: COUNT 3

Offense Description:      Criminal Vehicular Homicide - Driver Who Causes Collision Leaves Scene
Offense Date:             June 16, 2023
Level of Offense:         Felony


No sentence pronounced.

## TERMS OF DISPOSITION OR SENTENCE: COUNT 4

Offense Description:      Murder - 3rd Degree - Perpetrating Eminently Dangerous Act and Evincing
                          Depraved Mind
Offense Date:             June 16, 2023
Level of Sentence:        Felony

## SENTENCE DETAILS: COUNT 4

**Commit to Commissioner of Corrections**
Ordered on July 24, 2025:
   - Report on July 24, 2025 at 10:00 AM.
     Commit to Commissioner of Corrections at the MN Correctional Facility - St. Cloud for 128 months.
     Credit for time served amount is 0.

     *This sentence consists of a minimum term of imprisonment equal to two-thirds of the total executed sentence, and a maximum supervised release term equal to one-third of the total executed sentence, unless the sentence is life or life without the possibility of release.*

     Time to Serve: 128 months

**Conditions**
Ordered on July 24, 2025:
Defendant must comply with the following conditions:
   - Give a DNA sample when directed.
   - Do not ship/transport/possess or receive firearm or ammo


**Concurrent/Consecutive**
   - Consecutive with Count Count 1.

## TERMS OF DISPOSITION OR SENTENCE: COUNT 5

Offense Description:      Criminal Vehicular Homicide - Operate Motor Vehicle in Grossly Negligent
                          Manner
Offense Date:             June 16, 2023
Level of Offense:         Felony


No sentence pronounced.

## TERMS OF DISPOSITION OR SENTENCE: COUNT 6

Offense Description:    Criminal Vehicular Homicide - Driver Who Causes Collision Leaves Scene
Offense Date:           June 16, 2023
Level of Offense:       Felony

No sentence pronounced.

## TERMS OF DISPOSITION OR SENTENCE: COUNT 7

Offense Description:    Murder - 3rd Degree - Perpetrating Eminently Dangerous Act and Evincing Depraved Mind
Offense Date:           June 16, 2023
Level of Sentence:      Felony

## SENTENCE DETAILS: COUNT 7

**Commit to Commissioner of Corrections**
Ordered on July 24, 2025:
 - Report on July 24, 2025 at 10:00 AM.
   Commit to Commissioner of Corrections at the MN Correctional Facility - St. Cloud for 128 months. Credit for time served amount is 0.

   *This sentence consists of a minimum term of imprisonment equal to two-thirds of the total executed sentence, and a maximum supervised release term equal to one-third of the total executed sentence, unless the sentence is life or life without the possibility of release.*

   Time to Serve: 128 months

**Conditions**
Ordered on July 24, 2025:
Defendant must comply with the following conditions:
 - Give a DNA sample when directed.
 - Do not ship/transport/possess or receive firearm or ammo

**Concurrent/Consecutive**
 - Consecutive with Count Count 4.

## TERMS OF DISPOSITION OR SENTENCE: COUNT 8

Offense Description:    Criminal Vehicular Homicide - Operate Motor Vehicle in Grossly Negligent Manner
Offense Date:           June 16, 2023
Level of Offense:       Felony

No sentence pronounced.

## TERMS OF DISPOSITION OR SENTENCE: COUNT 9

Offense Description:    Criminal Vehicular Homicide - Driver Who Causes Collision Leaves Scene
Offense Date:           June 16, 2023
Level of Offense:       Felony

No sentence pronounced.

## TERMS OF DISPOSITION OR SENTENCE: COUNT 10

Offense Description:    Murder - 3rd Degree - Perpetrating Eminently Dangerous Act and Evincing
                        Depraved Mind
Offense Date:           June 16, 2023
Level of Sentence:      Felony

## SENTENCE DETAILS: COUNT 10

**Commit to Commissioner of Corrections**

Ordered on July 24, 2025:
- Report on July 24, 2025 at 10:00 AM.
  Commit to Commissioner of Corrections at the MN Correctional Facility - St. Cloud for 128 months.
  Credit for time served amount is 0.

  *This sentence consists of a minimum term of imprisonment equal to two-thirds of the total executed sentence, and a maximum supervised release term equal to one-third of the total executed sentence, unless the sentence is life or life without the possibility of release.*

  Time to Serve: 128 months

**Conditions**

Ordered on July 24, 2025:
Defendant must comply with the following conditions:
- Give a DNA sample when directed.
- Do not ship/transport/possess or receive firearm or ammo

**Concurrent/Consecutive**
- Consecutive with Count Count 7.

## TERMS OF DISPOSITION OR SENTENCE: COUNT 11

Offense Description:    Criminal Vehicular Homicide - Operate Motor Vehicle in Grossly Negligent
                        Manner
Offense Date:           June 16, 2023
Level of Offense:       Felony

No sentence pronounced.

## TERMS OF DISPOSITION OR SENTENCE: COUNT 12

Offense Description:    Criminal Vehicular Homicide - Driver Who Causes Collision Leaves Scene
Offense Date:    June 16, 2023
Level of Offense:    Felony

No sentence pronounced.

## TERMS OF DISPOSITION OR SENTENCE: COUNT 13

Offense Description:    Murder - 3rd Degree - Perpetrating Eminently Dangerous Act and Evincing Depraved Mind
Offense Date:    June 16, 2023
Level of Sentence:    Felony

## SENTENCE DETAILS: COUNT 13

**Commit to Commissioner of Corrections**
Ordered on July 24, 2025:
- Report on July 24, 2025 at 10:00 AM.
  Commit to Commissioner of Corrections at the MN Correctional Facility - St. Cloud for 128 months.
  Credit for time served amount is 0.

  *This sentence consists of a minimum term of imprisonment equal to two-thirds of the total executed sentence, and a maximum supervised release term equal to one-third of the total executed sentence, unless the sentence is life or life without the possibility of release.*

  Time to Serve: 128 months

**Conditions**
Ordered on July 24, 2025:
Defendant must comply with the following conditions:
- Give a DNA sample when directed.
- Do not ship/transport/possess or receive firearm or ammo

**Concurrent/Consecutive**
- Consecutive with Count Count 10.

## TERMS OF DISPOSITION OR SENTENCE: COUNT 14

Offense Description:    Criminal Vehicular Homicide - Operate Motor Vehicle in Grossly Negligent Manner
Offense Date:    June 16, 2023
Level of Offense:    Felony

No sentence pronounced.

# TERMS OF DISPOSITION OR SENTENCE: COUNT 15

Offense Description:    Criminal Vehicular Homicide - Driver Who Causes Collision Leaves Scene
Offense Date:           June 16, 2023
Level of Offense:       Felony

No sentence pronounced.

# FINANCIAL SUMMARY

**Fines/Fees Due: $ 0.00**
The amount due may not reflect all payments and credits, or all restitution owed. Visit https://mncourts.gov/PayFines to make a payment or to view updated balances or payment information. Contact court administration with any further questions.

The court may refer the entire amount due on this case for collection if you fail to make any scheduled payment, and collection costs will be added. You have the right to contest a referral for collection based on inability to pay by requesting a hearing no later than the due date. Minn. Stat. § § 480.15, subd. 10c; 609.104.

Date:  07/24/2025                           _____

                                            Carolina A. Lamas
                                            Judge of District Court